IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| STEPHEN W. WALKER,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    CIVIL NO. 1:07CV335<br>) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | )<br>)<br>) |

## ORDER

**THIS MATTER** is before the Court on Plaintiff's motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Defendant has filed response stating therein that he will not oppose the relief sought.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion for attorney fees is **GRANTED**, and counsel for Plaintiff is awarded the sum of $3,950.00 as full settlement in satisfaction of any and all claims for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Signed: May 21, 2009

Lacy H. Thornburg
United States District Judge